# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY,** <br>     **Plaintiff,** <br>     vs. <br> **DAIN CILLEY AND NICHOLE CILLEY,** <br>     **Defendants.** | **Case No.: 15-CV-2376 YGR** <br><br> **ORDER SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding the status of settlement approval in the underlying tort action shall be held on **Friday, December 18, 2015** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a status update on approval of settlement in the underlying tort action; or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: September 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**